UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN C. LEE, SR.,<br>        Plaintiff,<br>V.<br>THE TOWN OF SEABOARD,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:13-CV-20-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** defendant's motion for summary judgment [D.E. 64] is GRANTED, and plaintiffs motion for partial summary judgment [D.E. 66] is DENIED. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules. The clerk shall close the case.

SO ORDERED. This 25th day of March, 2016.

**This Judgment Filed and Entered on March 25, 2016, and Copies To:**

| | |
|---|---|
| Eric Laurence Doggett | (via CM/ECF Notice of Electronic Filing) |
| Dan M. Hartzog | (via CM/ECF Notice of Electronic Filing) |
| Dan McCord Hartzog, Jr. | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| March 25, 2016 | (By) /s/ Nicole Briggeman<br>Deputy Clerk |