IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:13-CV-20-D

BRIAN C. LEE, SR., )
)
        Plaintiff, )
)
v. ) ORDER
)
THE TOWN OF SEABOARD, )
)
        Defendant. )

The parties shall engage in a court-hosted settlement conference with United States Magistrate Judge James E. Gates. Judge Gates will issue appropriate orders concerning the conference.

SO ORDERED. This 7 day of February 2018.

                                  JAMES C. DEVER III
                                Chief United States District Judge