IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:13-CV-20-D

| | |
|---|---|
| BRIAN C. LEE, SR. | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )   **NOTICE OF SETTLEMENT**<br>) |
| THE TOWN OF SEABOARD, | )<br>) |
| Defendant. | ) |

The parties, through undersigned counsel, hereby provide notice that they have reached a settlement in this action. The parties anticipate filing a stipulation of dismissal within thirty (30) days.

Respectfully submitted, this the 8th day of February, 2018.

| | |
|---|---|
| CRANFILL SUMNER & HARTZOG LLP | DOGGETT LAW OFFICES |
| BY: /s/ Dan M. Hartzog, Jr. | /s/Eric L. Doggett |
| Dan M. Hartzog, Jr. | Eric L. Doggett |
| State Bar No. 35330 | State Bar No. 39639 |
| E-mail: dhartzogjr@cshlaw.com | 3737 Glenwood Avenue, Suite 100 |
| Post Office Box 27808 | Raleigh, North Carolina 27612-5515 |
| Raleigh, North Carolina 27611-7808 | Telephone: 919-782-2979 |
| Telephone: (919) 828-5100 | Facsimile: 919-789-2796 |
| Facsimile: (919) 828-2277 | E-mail: Eric@DoggettLawOffices.com |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification via electronic mail to the following counsel of record:

**Dan M. Hartzog, Jr.**
**E-mail: dhartzogjr@cshlaw.com**
**Post Office Box 27808**
**Raleigh, North Carolina 27611-7808**
**Telephone: (919) 828-5100**
**Facsimile: (919) 828-2277**
*Attorneys for Defendant*

DOGGETT LAW OFFICES

/s/Eric L. Doggett
Eric L. Doggett
State Bar No. 39639
3737 Glenwood Avenue, Suite 100
Raleigh, North Carolina 27612-5515
Telephone: 919-782-2979
Facsimile: 919-789-2796
E-mail: Eric@DoggettLawOffices.com
*Attorney for Plaintiff*